UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Criminal No. 06-061(2) (RCL) |
| | : | |
| **TRAVIS SWEET,** | : | |
| | : | |
| **Defendant** | : | |
| | : | |

## NOTICE OF FILING

**PLEASE TAKE NOTE** that Travis Sweet files as an attachment to this notice, copy of April 13, 2006 letter to Assistant United States Attorney Michael Truscott requesting discovery.

Respectfully submitted,

/s/_____
JOANNE VASCO, ESQUIRE
4102 Madison Street
Hyattsville, Maryland 20781
301.864.6424
Attorney for Travis Sweet
(Appointed by the Court)