# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | |
| | **:** | |
| **v.** | **:** | **Criminal No. 06-061 (RCL)** |
| | **:** | |
| **TRAVIS SWEET** | **:** | |
| | **:** | |
| **Defendant** | **:** | |
| | **:** | |
| **(Lead defendant Curtis Wilson)** | **:** | |
| | **:** | |

## MOTION TO SEVER DEFENDANT AND COUNTS

Defendant herein, Travis Sweet, through counsel pursuant to Rules 8(b) and Rule 14 of the Federal Rules of Criminal Procedure moves this court to sever Counts Three and Four from the remaining counts of the indictment and to sever his trial from that of Curtis Wilson.

As grounds for this motion, Sweet submits the attached memorandum of law.

**WHEREFORE**, for the reasons in more detail in the attached memorandum, Mr. Sweet requests that this court grant this motion.

Respectfully submitted,

/s/_____
JOANNE VASCO
4102 Madison Street
Hyattsville, Maryland 20781
301.864.6424
Attorney for Travis Sweet
(Appointed by the Court)