UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | **Criminal No. 06-061 (RCL)** |
| : | |
| **TRAVIS SWEET,** : | |
| : | |
| **defendant** : | |
| : | |
| **(Lead defendant Curtis Wilson)** : | |
| : | |

## ORDER

Pursuant to defendant Travis Sweet's motion to sever defendant and counts and any opposition thereto, the motion is

**GRANTED**, and it is this _____ day of _____ 2006,

**ORDERED**, that Counts Three and Four shall be severed from the remaining counts in the indictment and that Travis Sweet's trial shall be severed from that of Curtis Wilson.

_____
**ROYCE C. LAMBERTH**
**United States District Judge**