UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| v. ) | |
| ) | **Criminal No. 06-061(2) (RCL)** |
| **TRAVIS SWEET,** ) | |
| ) | |
| **Defendant.** ) | |
| _____ ) | |

## **ORDER**

Upon consideration of Defendant Travis Sweet's Motion to Suppress Statement, and any opposition thereto, it is hereby

**ORDERED**, that the motion is granted, and

**FURTHER ORDERED**, that the government is precluded from introducing the statement at trial.


Dated: _____          _____
                                                                ROYCE C. LAMBERTH
                                                                United States District Judge