UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Criminal No. 06-61 (RCL) |
| | : | |
| TRAVIS SWEET, | : | |
| | : | |
| **Defendant** | : | |
| | : | |

## MOTION FOR BOND REVIEW

Travis Sweet, through counsel, hereby requests this court to adjust his bond status by removing him from the Pretrial Services High Intensity Supervision Program with electronic monitoring and place him on personal recognizance with standard conditions of release. Mr. Travis makes this request for the following reasons:

1.   Mr. Sweet has been charged by indictment with one count of distribution of cocaine base, and one count of possession with intent to distribute 5 grams or more of cocaine base.

2   Some time before the grand jury returned the indictment, Mr. Sweet appeared before Magistrate Judge Deborah Robinson to answer to these charges. However, the case was dismissed and Mr. Sweet was released at that time because the government could not produce the necessary documentation in support of the charges.

3. Once the indictment was returned, counsel received notice from the Federal Public Defender that a date had been set for Mr. Sweet's arraignment and bond determination. AUSA Michael T. Truscott provided counsel with Mr. Sweet's telephone number and, upon notice of counsel, Mr. Sweet appeared in court.

4. Mr. Sweet has appeared promptly for all subsequent court hearings.

5. Mr. Sweet is a lifelong resident of the District of Columbia and lives with his grandfather and mother in Washington, D.C.

6. Mr. Sweet has maintained full time employment during the pendency of this case.

7. Mr. Sweet is in full compliance with the release conditions as prescribed by the Pretrial Services Agency, to wit:

    a. He reported to HISP in person 9 times between 3/27/06 and 5/16/06.

    b. He reported to HISP for court appearances 3 times between 3/27/06 and 5/16/06.

    c. He reported to HISP by telephone one time between 3/27/06 and 5/16/06.

    d. He was tested for drug use 9 times between 3/27/06 and 5/16/06 and all tests have been negative for illegal drugs.

    e. He has adhered to the 10:00 pm to 6:00 am curfew.

**WHEREFORE**, Mr. Sweet respectfully requests that he be removed from the HISP and be placed on personal recognizance.

/s/_____

JOANNE VASCO, ESQUIRE
Bar Number 367042
4102 Madison Street
Hyattsville, MD 20781
301.864.6424
Attorney for Travis A. Sweet
(Appointed by the Court)