UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Criminal No. 06-61 (RCL) |
| **TRAVIS A. SWEET,** | : | |
| | : | |
| **Defendant** | : | |
| | : | |

## **ORDER**

Upon consideration of the motion by defendant Travis A. Sweet for an adjustment of his bond status, and any opposition thereto, the court hereby

**GRANTS** the motion and this _____ day of _____,

**ORDERS** that Mr. Sweet be placed on personal recognizance.

_____
ROYCE C. LAMBERTH
UNITED STATES DISTRICT JUDGE