CO-526
(12/86)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
AUG 18 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA     )
                             )
                             )
         vs.                 )     Criminal No. 06-061
                             )
Travis Sweet                 )
                             )

WAIVER OF TRIAL BY JURY

With the consent of the United States Attorney and the approval of the Court, the defendant waives his right to trial by jury.

_____
                /Defendant

_____
       Counsel for defendant

I consent:

_____
United States Attorney

Approved:

_____
            Judge