HONORABLE ROYCE C. LAMBERTH, UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Docket No.: 06-CR-061 and |
| vs. | : | SSN: |
| SWEET, Travis | : | Disclosure Date: October 27, 2006 |

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT
FILED
DEC - 1 2006

### RECEIPT AND ACKNOWLEDGMENT OF PRESENTENCE INVESTIGATION REPORT

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSR) in the above-entitled case. The undersigned further acknowledges that:

#### For the Government

(CHECK APPROPRIATE BOX)
( ) There are no material/factual inaccuracies therein.
( ) There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_____          _____
Prosecuting Attorney                              Date

#### For the Defendant

(CHECK APPROPRIATE BOX)
(X) There are no material/factual inaccuracies therein.  SEE ATTACHED REMARKS
( ) There are material/factual inaccuracies in the PSI report as set forth in the attachment.

_____  11-16-06          _____  12-1-06
Defendant         Date                    Defense Counsel  Date
                                                           11-16-0_

### NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM

Pursuant to Local Rule 32(f)(2), those executing this form shall first submit any material inaccuracies or disputes in writing by **November 10, 2006**, to U.S. Probation Officer **Tennille Losch**, telephone number **(202) 565-1385**, fax number **(202) 273-0242**.

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.

### FOR THE COURT

By:   Gennine A. Hagar, Acting Chief
      United States Probation Officer

Receipt and Acknowledgment                                                  Page 2

In response to the government's exception to the Pre-Sentence Report with regard to Mr. Sweet's eligibility for a 2-level reduction pursuant to USSG Section 5C1.2(a)(5), Mr. Sweet maintains his eligibility under that provision. In an interview with government agents and the U.S. Attorney, Mr. Sweet provided them with all of the information he had with regard to the offenses he committed.

Signed by: _____
Defense Attorney
Date: November 16, 2006