HONORABLE ROYCE C. LAMBERTH, UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Docket No.: 06-CR-061 and ___ |
| vs. | SSN: ___ |
| SWEET, Travis | Disclosure Date: October 27, 2006 |

**FILED DEC -1 2006 NANCY MAYER WHITTINGTON, CLERK U.S. DISTRICT COURT**

### RECEIPT AND ACKNOWLEDGMENT OF PRESENTENCE INVESTIGATION REPORT

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSR) in the above-entitled case. The undersigned further acknowledges that:

#### For the Government

(CHECK APPROPRIATE BOX)
( ) There are no material/factual inaccuracies therein.
(X) There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_____      11-14-06
Prosecuting Attorney      12/1/06      Date

#### For the Defendant

(CHECK APPROPRIATE BOX)
( ) There are no material/factual inaccuracies therein.
( ) There are material/factual inaccuracies in the PSI report as set forth in the attachment.

_____  _____     _____  _____
Defendant        Date        Defense Counsel   Date

### NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM

Pursuant to Local Rule 32(f)(2), those executing this form shall first submit any material inaccuracies or disputes in writing by **November 10, 2006**, to U.S. Probation Officer **Tennille Losch**, telephone number **(202) 565-1385**, fax number **(202) 273-0242**.

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.

FOR THE COURT

By: Gennine A. Hagar, Acting Chief
    United States Probation Officer

Receipt and Acknowledgment                                                         Page 2

The Defendant is not entitled to a 2 level adjustment under §5C1.2. The defendant did not provide the government with a truthful statement regarding the offense as required by §5C1.2(a)(5).

Signed by: _____
(Defendant/Defense Attorney/AUSA)

Date: 11-14-06

TOTAL P.003