### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | **:** | |
| | **:** | |
| **v.** | **:** | **Criminal Nos.  06-156 (RCL)** |
| | **:** | |
| **TRAVIS SWEET,** | **:** | |
| | **:** | |
| **Defendant** | **:** | |
| | **:** | |

### NOTICE OF FILING

Travis Sweet, through counsel, hereby notes the filing of the attached discovery letter to

Assistant United States Attorney Michael Truscott from Joanne Vasco, Esquire, attorney for

Travis A. Sweet, dated December 12, 2006.  This letter was sent by facsimile to Mr. Truscott at

11:40 a.m. on December 12, 2006.


/s/_____
JOANNE VASCO, ESQUIRE
Bar Number 367042
4102 Madison Street
Hyattsville, MD 20781
301.864.6424
Attorney for Travis A. Sweet
(Appointed by the Court)